IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONTGOMERY WARD, LLC, et al., | ) | Case No. Case No. 00-4667 (KG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

| | | |
|---|---|---|
| Dika-Ward LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-201 (JJF) |
| | ) | |
| Plan Administrator for Montgomery Ward LLC and PA Committee of Montgomery Ward LLC, et al., | ) | |
| | ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| PA Committee of Montgomery Ward LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-202 (JJF) |
| | ) | |
| Plan Administrator for Montgomery Ward LLC and PA Committee of Montgomery Ward LLC, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brent Weisenberg, of Cooley, Godward, Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036, to represent Appellee in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Dated: July __, 2008

_____
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Court of Appeals for the Second Circuit and the United States District Court for the Eastern and Southern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Brent Weisenberg, Esquire
COOLEY, GODWARD, KRONISH LLP
1114 Avenue of the Americas
New York, NY  10036
Telephone:  212-479-6651
Facsimile:  212-479-6275
bweisenberg@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2008        _____
                              THE HONORABLE JOSEPH J. FARNAN

2298930

2298930