IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONTGOMERY WARD, LLC, et al., | ) | Case No. Case No. 00-4667 (KG) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

| | | |
|---|---|---|
| Dika-Ward LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-201 (JJF) |
| | ) | |
| Plan Administrator for Montgomery Ward LLC and PA Committee of Montgomery Ward LLC, et al., | ) | |
| | ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| PA Committee of Montgomery Ward LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-202 (JJF) |
| | ) | |
| Plan Administrator for Montgomery Ward LLC and PA Committee of Montgomery Ward LLC, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Cathy Hershcopf, of Cooley, Godward, Kronish LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036, to represent Appellee in this action.

Dated: July 17, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Eastern and Southern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

_____
Cathy Hershcopf, Esquire
COOLEY, GODWARD, KRONISH LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212-479-6138
Facsimile: 212-479-6275
chershcopf@cooley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2008          _____
                                THE HONORABLE JOSEPH J. FARNAN

2410444