**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MONTGOMERY WARD, LLC, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No.: 00-4667 (KG) |
| PLAN ADMINISTRATOR OF MONTGOMERY WARD, LLC, et al., and THE PA COMMITTEE OF MONTGOMERY WARD, LLC, et al.,<br><br>　　　　　Appellants,<br><br>　　　v.<br><br>DIKA-WARD, LLC,<br><br>　　　　　Appellee. | Case No.: 08-201 (JJF) |
| DIKA-WARD, LLC,<br><br>　　　　　Appellant,<br><br>　　　v.<br><br>PLAN ADMINISTRATOR OF MONTGOMERY WARD, LLC, et al., and THE PA COMMITTEE OF MONTGOMERY WARD, LLC, et al.,<br><br>　　　　　Appellee. | Case No.: 08-202 (JJF) |

## **MEDIATOR'S FINAL REPORT**

　　　　The undersigned mediator, David B. Stratton, hereby reports on the progress of the mediation as follows:

#9900964 v1

-2-

1.       The parties came together on July 21, 2008, in a good faith attempt to resolve this matter.

2.       The parties are unable to settle this matter through mediation.

Dated:  July 31, 2008                           MEDIATOR

/s/ David B. Stratton
David B. Stratton (Del Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:  (302) 777-6500

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on July 31, 2008 a true and correct copy of the foregoing **Mediator's Final Report** was served via First Class Mail, postage pre-paid, upon the following parties:

Cathy Herschcopf, Esq.
Richard S. Kanowitz, Esq.
Brent Wisenberg, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY  10036

Derek Abbott, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE

David K. Welch, Esq.
Crane Heyman Simon Welch & Clar
135 South LaSalle Street
Suite 3705
Chicago, IL  60603-4297

/s/ David B. Stratton
David B. Stratton