# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P.O. BOX 1351
WILMINGTON, DELAWARE 19899
PHONE (302) 575-1555
FAX (302) 575-1714
www.ferryjoseph.com

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH+
ROBERT K. PEARCE
THEODORE J. TACCONELLI*
EDWARD F. KAFADER
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER+
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO FL, MA AND NY BARS)

GEORGETOWN OFFICE
215 E. MARKET STREET
GEORGETOWN, DELAWARE 19947
PHONE (302) 856-3706
FAX (302) 856-3708

THOMAS HERLIHY, III
LARRY D. SULLIVAN***
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

*** NEWARK OFFICE
111 BARKSDALE PROFESSIONAL CENTER
NEWARK, DELAWARE 19711
PHONE (302) 286-6336
FAX (302) 286-6337

September 4, 2008

**BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: **Plan Administrator of Montgomery Ward, LLC, et al., v. Dika Ward, LLC**
**C.A. No.: 08-201 (JJF)**
**Dika-Ward, LLC v. Plan Administrator of Montgomery Ward, LLC, et al.**
**C.A. No.: 08-202 (JJF)**

Dear Judge Farnan:

This letter is to advise Your Honor that the parties have reached an agreement regarding the pending Motion to Consolidate Appeals and Set Briefing Schedule in the above-referenced appeals. Enclosed with this letter is a copy of a proposed Stipulation and Order To Consolidate Appeals and Set Briefing Schedule that was filed with the Court today.

**Please note the parties are seeking limited relief from the page limitation set forth in D. Del. LR 7.1.3(a)(4) because they will be briefing two appeals and numerous issues in one brief.** If Your Honor has any questions, counsel for the parties will be available at the convenience of Your Honor.

Respectfully,

THEODORE J. TACCONELLI

TJT/meh
Enclosure
cc: Brent Weisenberg, Esq. (w/encl.)
    Daniel B. Butz, Esq. (w/encl.)
    David K. Welch, Esq. (w/encl.)